IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | Case No. 7:15CV00130 |
| Plaintiff, | |
| v. | ORDER |
| HAORLD CLARKE, ET AL., | |
| Defendant(s). | By: Glen E. Conrad<br>Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's submission concerning solitary confinement at Red Onion State Prison (ECF No. 112) is **CONSTRUED** as a motion for interlocutory injunctive relief, which is **DENIED** in this case; but the clerk is **DIRECTED** to file a copy of this motion in a new and separate civil action under 42 U.S.C. § 1983 against UNNAMED DEFENDANTS, and the court will address plaintiff's motion in that new case by separate order.

ENTER: This 12th day of November, 2015.

_____
Chief United States District Judge