CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADIB EDDIE RAMAZ MAKDESSI, | ) | CASE NO. 7:15CV00130 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL JUDGMENT |
| | ) | |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's objections to various rulings by the magistrate on nondispositive and pretrial matters in this case are **OVERRULED**, and the magistrate judge's rulings are hereby **AFFIRMED**, pursuant to 28 U.S.C. § 636(b)(1)(A);

2. After de novo review of the evidence and the proposed findings of fact or conclusions of law in the report and recommendation of the magistrate judge to which plaintiff has made specific objection, pursuant to 28 U.S.C. § 636(b)(1), plaintiff's objections are **OVERRULED**, and the report and recommendation (ECF No. 120) is **ADOPTED** in its entirety;

3. Based on the findings, conclusions, and recommendations of the report, plaintiff's motions for interlocutory injunctive relief (ECF Nos. 2, 23, 24, and 35) are **DENIED**; final **JUDGMENT** is entered for defendants as to all plaintiff's claims in this action; and his claims are **DISMISSED** with prejudice; and

4. The clerk shall **STRIKE** this action from the active docket of the court.

ENTER: This 21st day of March, 2016.

/s/ Glen E. Conrad
Chief United States District Judge